JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vera  Ann  Jackson , <br><br>           Plaintiff, <br><br>     vs. <br><br> Kilolo Kijakazi, Acting Commissioner of Social Security, <br><br>           Defendant. | Case No. 1:23-cv-00733-GSA <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  August 9, 2023 to October 10, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

on the same week. week. For the weeks of August 7, 2023 and August 14, 2023, Counsel has 15 merit briefs and several reply briefs due.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: August 1, 2023         PENA & BROMBERG, ATTORNEYS AT LAW


                              By: */s/ Jonathan Omar Pena*
                                  JONATHAN OMAR PENA
                                  Attorneys for Plaintiff


Dated: August 1, 2023         PHILLIP A. TALBERT
                              United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation
                              Social Security Administration


                              By:  **/s/ Oscar Gonzalez de Llano*
                                  Oscar Gonzalez de Llano
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on August 1, 2023)

# **ORDER**

IT IS SO ORDERED.

Dated: __August 2, 2023__            __/s/ Gary S. Austin__
                                    UNITED STATES MAGISTRATE JUDGE