UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vera Ann Jackson,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO.: 1:23-cv-00733-GSA<br><br>**ORDER GRANTING EAJA FEES** |

As stipulated (Doc. 17), it is ORDERED that Plaintiff is awarded attorney fees and expenses of $7,925.68 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs of $402 under 28 U.S.C. §1920 subject to the terms set forth in the stipulation dated August 21, 2024 (Doc. 17).

IT IS SO ORDERED.

　　Dated:   **August 23, 2024**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE